IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA A. MONTEVERDE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PPL ELECTRIC UTILITIES CORPORATION | : | NO. 02-4214 |

**O R D E R**

AND NOW, this 20th day of September2, 2002, it is Ordered that the Rule 16 Conference in the above captioned case scheduled on October 24, 2002, is RESCHEDULED to Wednesday, October 30, 2002 at 4:30 p.m.

ATTEST:                                  or    BY THE COURT

BY:_____        _____
      Carol D. James, Deputy Clerk                MARY A. McLAUGHLIN,  J.

*faxed to counsel 9/20/02:*
   *Ian M. Ballard, Esq.*
   *Sidney L. Gold, Esq.*

Civ 12 (9/83)