IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA A. MONTEVERDE, | : | CIVIL ACTION NO.: 02-cv-4214 |
| *Plaintiff*, | : | |
| vs. | : | |
| PPL ELECTRIC UTILITIES CORPORATION, | : | |
| *Defendant*. | : | |

**O R D E R**

      **AND NOW** this    day of           , 2002, it is hereby **ORDERED and DECREED** that upon consideration of Plaintiff's Motion to Vacate Order, and Defendant's response thereto, it is hereby **ORDERED** that Plaintiff's Motion to Vacate Order is hereby **GRANTED** and this Civil Action is re-opened for further prosecution.

                                                                                                             J._____