IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA A. MONTEVERDE,<br>    Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PPL ELECTRIC UTILITIES CORP.,<br>    Defendants | : | NO. 02-4214 |

ORDER

AND NOW, this \_\_\_\_ day of January, 2003, upon consideration of the plaintiff's motion to vacate (Docket No. 9), the defendant's response thereto, and following a telephonic conference on January 29, 2003, IT IS HEREBY ORDERED that the motion is GRANTED on the condition that, on or before February 13, 2003, the plaintiff shall return all monies received from the defendant as part of the settlement of her worker's compensation claim against the defendant.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.