IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTEVERDE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PPL ELECTRIC UTILITIES CORPORATION | : | NO.02-4214 |
| | : | |
| | : | |

ORDER

      A Settlement Conference in the above-captioned case will be held on May 29, 2003 at 10:00am before the Honorable Linda K. Caracappa, United States Magistrate Judge, in Room 3042, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

      The Court assumes that settlement of this case is a real possibility, and the Court has set aside the entire day for this conference. Parties are to remain present until expressly released by the Court.

      **Counsel are directed to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference**.[1]

      Counsel are further directed to complete the enclosed Settlement Conference Summary to be faxed or mailed to Chambers on or before May 22, 2003.

**BY THE COURT:**

_____
Hon. Linda K. Caracappa
267-299-7640/267-299-5075 Fax

Date: April 7, 2003
cc:

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case _must_ attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.