IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA A. MONTEVERDE, | : | CIVIL ACTION NO.: 02-cv-4214 |
| *Plaintiff*, | : | |
| vs. | : | |
| PPL ELECTRIC UTILITIES CORPORATION, | : | |
| *Defendant*. | : | |

### MOTION OF PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW FROM REPRESENTATION

Plaintiff's counsel, Sidney L. Gold, Esquire, of the Law Offices of Sidney L. Gold & Associates, P.C., brings this Motion of Plaintiff's Counsel for Leave to Withdraw his representation as counsel for the Plaintiff, Maria A. Monteverde, in the above-captioned matter and in support thereof avers as follows:

1. On or about June 24, 2002, Plaintiff entered into an attorney-client relationship with the law firm of Sidney L. Gold & Associates, P.C., to represent her in a discrimination claim against the Defendant.

2. On June 27, 2002, counsel filed a Complaint in this court on behalf of the Plaintiff with respect to said claim.

3. Thereafter, on May 20, 2003, the Plaintiff discharged her counsel, Sidney L. Gold & Associates, P.C., from further representation in this matter. In connection thereto,

Plaintiff informed Sidney L. Gold, Esquire that she has since retained new counsel to represent her in this matter.

4. Shortly thereafter, counsel for the Plaintiff made several attempts to contact Plaintiff's new counsel by telephone in an effort to discuss the aforesaid. To date, we have not received a response.

5. Plaintiff's counsel therefore moves for leave to withdraw as counsel for the Plaintiff in this action. (See Notice of Withdrawal sent to client on this date, attached hereto as Exhibit "A.")

**WHEREFORE**, Plaintiff respectfully requests that this Court enter the proposed Order attached hereto, granting the Motion of Plaintiff's Counsel for Leave to Withdraw from Representation in this matter.

                                      SIDNEY L. GOLD & ASSOCIATES, P.C.

                                      BY:_____
                                      SIDNEY L. GOLD, ESQUIRE
                                      Attorney I.D. No. 21374
                                      515 Eleven Penn Center
                                      1835 Market Street
                                      Philadelphia, PA 19103
                                      (215) 569-1999
                                      Attorney for Plaintiff