May 22, 2003

*Via Federal Express*

Ms. Maria Monteverde
5632 Kart Drive
Wescosville, PA 18106

    RE:    **Monteverde v. PPL Utilities**

Dear Ms. Monteverde:

    Please allow this letter to confirm our recent conversation wherein you indicated to me that you no longer wished for this firm to continue to represent you, inasmuch as you had retained new counsel, one Ira Weinstock, Esquire, in connection with the above-referenced matter.

    Therefore, in accordance with your wishes, I have filed with the court a Motion of Plaintiff's Counsel for Leave to Withdraw from Representation, in an attempt to accomplish the same.

    Lastly, I have enclosed a copy of the Motion for your information.

    If you should have any questions, please feel free to contact me.

    Very truly yours,

    SIDNEY L. GOLD

SLG/dr
Enclosures

Case 2:02-cv-04214-MAM     Document 17-2     Filed 05/22/2003     Page 2 of 2