## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of **Motion of Plaintiff's Counsel for Leave to Withdraw From Representation**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

Michael J. Ossip, Esquire
Ian M. Ballard, Jr.,Esquire
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Attorney for Defendant

&

Ms. Maria Monteverde
5632 Kart Drive
Wescosville, PA 18106
Plaintiff

_____    _____
                                                                                        SIDNEY L. GOLD, ESQUIRE


DATE:_____